455 A.2d 195

Commonwealth v. Moss, Appellant.

Argued April 23, 1982. Karl Foster Longenbach, for appellant; Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.